**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7633**

WILLIAM T. MCGHEE,

Plaintiff - Appellant,

versus

NORTH CAROLINA PRISONER LEGAL SERVICES,
INCORPORATED; ERNEST FULLWOOD; PERRY MARTIN;
JERRY SPIVEY; NORA HARGROVE; FRANK DESILUA;
JACK POISSON; JAMES LLEWELYN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-01-583-5-BO)

Submitted:  January 31, 2002          Decided:  February 8, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William T. McGhee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William T. McGhee, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint under 28 U.S.C.A. § 1915A (West Supp. 2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. McGhee v. North Carolina Prisoner Legal Servs., Inc., No. CA-01-583-5-BO (E.D.N.C. Aug. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED